**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| DEWANNA ANN NORMAN, as Administrator of the Estate of JOSHUA BERNARD HORNE, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> SINGH SOBATPREET, 2111606 ALBERTA, LTD. d/b/a TRANSKING TRUCKING, and  INTACT FINANCIAL CORPORATION, <br><br> Defendants. | CIVIL ACTION FILE NO. |

**DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES
DISTRICT COURT**

TO: The Honorable Judges of the United States District Court for the Middle District

of Georgia, Macon Division:

COME NOW, **SINGH SOBATPREET, 2111606 ALBERTA, LTD. d/b/a**

**TRANSKING  TRUCKING, and   INTACT  FINANCIAL  CORPORATION,**

(hereinafter "Defendants"), and files the following Notice of Removal to United States

District Court, showing the Court as follows:

1

1.      This civil action was filed on or about May 12, 2022 in the State Court of Bibb County, State of Georgia. That action is designated there as Civil Action File No.: 22-SCCV-094255. In the Complaint, Plaintiff alleges in excess of $169,210.32 in special damages. (Compl. ¶ 13).

2.      Defendant files herewith a copy of all process, pleadings, and orders received by Defendant in Civil Action File No.: 22-SCCV-094255, pursuant to 28 USC §1446.

3.      Defendant Sobatpreet Singh (incorrectly identified as Singh Sobatpreet), is now, was at the commencement of Civil Action File No.: 21-SCCV-093228, and at all times since a citizen of and resident of Windsor, Ontario, Canada.  (Compl. ¶ 1).

4.      Defendant 2111606 Alberta LTD d/b/a Transking Trucking was incorporated in Calgary, Alberta, Canada and had its principal office at the time of filing of Civil Action File No.: 21-SCCV-093228, and at all times since has been located in Alberta, Canada.  (Compl. ¶ 2).

5.      Defendant Intact Financial Corporation was at the commencement of Civil Action File No.: 21-SCCV-093228, and at all times since has been an entity organized and existing under the laws of and with its principal place of business in Ontario, Canada.

6.      Upon information and belief, Plaintiff is an individual residing in the State of Georgia.

7.      The action described above is a civil action with a claim of which this Court has original jurisdiction, and it is one that may be removed to this Court by the Defendants pursuant to the provisions of 28 USC §§ 1332 and 1441 et seq., in that there is complete diversity among the Parties, the Parties are not residents of the same State, and Plaintiff has alleged an amount in excess of $75,000.00, therefore the amount in controversy exceeds $75,000.00 exclusive of interest and costs. (Compl. ¶ 13).

8.      Defendants attach hereto a copy of the Summons and Complaint filed in the State Court of Bibb County, State of Georgia, marked as Exhibit "A".

9.      Defendants attach hereto a copy of Defendant's Notice of Removal which has been sent for filing in the State Court of Bibb County, State of Georgia, marked as Exhibit "B".

10.     All Defendants agree to this removal.

WHEREFORE, Defendants prays that the above action now pending against it in the State Court of Bibb County, State of Georgia, be removed to this Court.

Respectfully submitted on this 9th day of June, 2022.

**HALL BOOTH SMITH, P.C.**

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
scox@hallboothsmith.com
sstojanovic@hallboothsmith.com

*/s/ Sean B. Cox*
SEAN B. COX
Georgia State Bar No. 664108
SANDRO STOJANOVIC
Georgia State Bar No. 473114
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| DEWANNA ANN NORMAN, as Administrator of the Estate of JOSHUA BERNARD HORNE, Deceased,<br><br>      Plaintiff,<br><br>v.<br><br>SINGH SOBATPREET, 2111606 ALBERTA, LTD. d/b/a TRANSKING TRUCKING, and  INTACT FINANCIAL CORPORATION,<br><br>      Defendants. | CIVIL ACTION FILE NO. |

## CERTIFICATE OF SERVICE

I hereby certify that on  this day I have served a copy of the within and foregoing **DEFENDANT'S NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** upon all parties to this matter by depositing same in the U.S. Mail, proper postage prepaid, addressed to counsel of record and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

David Dozier
Sean G. Hickey
THE DOZIER LAW FIRM, LLC
487 Cherry Street
PO Box 13
Macon, GA 31202-0013
david@dozierlaw.com
shickey@dozierlaw.com
*Counsel for Plaintiff*

Respectfully submitted on this 9th day of June, 2022.

**HALL BOOTH SMITH, P.C.**

/s/ Sean B. Cox
SEAN B. COX
Georgia State Bar No. 664108
SANDRO STOJANOVIC
Georgia State Bar No. 473114
*Counsel for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
scox@hallboothsmith.com
sstojanovic@hallboothsmith.com

6